THE GRAND REPUBLIC. (Circuit Court of Appeals, Second Circuit. May 2, 1906.) No. 242. Appeal from the District Court of the United States for the Eastern District of New York. For opinion below, see 138 Fed. 615. G. W. Wingate, for appellant. L. S. Gove, for appellee. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Decree of District Court affirmed, with interest and costs.

---

THE TRANSFER NO. 10. THE DIRECTOR. (Circuit Court of Appeals, Second Circuit. March 23, 1906.) No. 177. Appeal from the District Court of the United States for the Southern District of New York. For opinion below, see 138 Fed. 221. Joseph H. Choate, Jr., for appellant. H. A. Harrington, for the Director. James Forrester, for appellee libelant. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Decree affirmed, on opinion of the District Judge, with interest and costs.

---

UNITED STATES v. F. ZALOOM & SONS. (Circuit Court of Appeals, Second Circuit. March 2, 1906.) No. 158 (3.899). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 140 Fed. 31. Henry A. Wise, Asst. U. S. Atty. Curie, Smith & Maxwell (W. Wickham Smith, of counsel), for appellees. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Affirmed in open court.

---

UNITED STATES v. R. F. DOWNING & CO. (Circuit Court of Appeals, Second Circuit. February 26, 1906.) No. 121 (3,654). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 139 Fed. 155. Charles Duane Baker, Asst. U. S. Atty. Comstock & Washburn (Albert H. Washburn, of counsel), for appellees. Before LACOMBE and COXE, Circuit Judges.

PER CURIAM. Affirmed, on the opinions of the Circuit Court and Board of General Appraisers.

---

UNITED STATES TOBACCO CO. v. McGREENERY et al. (Circuit Court of Appeals, First Circuit. May 8, 1906.) No. 648. Appeal from the Circuit Court of the United States for the District of Massachusetts. Paul R. Blackmur and Alexander P. Brown (John B. Sullivan, on the brief), for appellant. Frank F. Reed (Edward S. Goulston, A. H. Burroughs, and Junius Parker, on the brief), for appellees. Before COLT and PUTNAM, Circuit Judges, and BROWN, District Judge.

PER CURIAM. The facts in this case are sufficiently stated in the opinion of the learned judge of the Circuit Court. 144 Fed. 531. The ordinary purchaser is chargeable with knowledge of those features which are common in the trade. Upon a comparison of the features which distinguish the complainant's package from those which are common in the trade with the distinguishing features of the defendants' package, and upon a further comparison of the two packages, regarding each as a unit or as a combination of certain features with the ordinary red and gold wrapper, we are of the opinion that there is no sufficient similitude between them to deceive a purchaser exercising the ordinary degree of care. The decree of the Circuit Court is affirmed, and the appellees recover their costs of appeal.